ERIN M. BOSMAN (BAR NO. 204987)
EBosman@mofo.com
JULIE Y. PARK (BAR NO. 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUDY JOHNSON,<br><br>            Plaintiff,<br><br>   v.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, and MCKESSON CORPORATION,<br><br>            Defendants. | Case No. 1:17-cv-00196-DAD-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT MCKESSON CORPORATION TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 144, Plaintiff Judy Johnson and Defendant McKesson Corporation, through their undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, Plaintiff filed the Complaint in this case in the Superior Court of California, Fresno County, on November 17, 2016;

WHEREAS, McKesson was served with the Complaint on November 21, 2016;

WHEREAS, Defendant Sanofi Sanofi-Aventis U.S. LLC removed this action to this Court on February 10, 2017;

WHEREAS, McKesson's deadline to respond to the Complaint, pursuant to Federal Rule of Civil Procedure 6 and 81(c), is February 17, 2017;

WHEREAS, Plaintiff intends to file a Motion to Remand this action to state court;

WHEREAS, Plaintiff and McKesson agree that extending McKesson's deadline until the jurisdictional issue is resolved will conserve the parties' and judicial resources;

WHEREAS, pursuant to Local Rule 144(a), parties may agree to an extension of time, provided the stipulation is approved by the Court if the extension of time is greater than 28 days;

WHEREAS, the extension proposed herein will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, no previous extensions of time have been obtained with respect to this matter.

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

McKesson shall have until 14 days after the Court issues an order on Plaintiff's forthcoming Motion to Remand to respond to the Complaint.

Dated:  February 23, 2017                    MORRISON & FOERSTER LLP

                                                        By:  /s/ Erin M. Bosman
                                                                 Erin M. Bosman

                                                                  Attorneys for Defendant
                                                                 MCKESSON CORPORATION

Dated:  February 23, 2017                    GIBBS LAW GROUP

                                                        By:   /s/ Karen Barth Menzies
                                                              Karen Barth Menzies

                                                                Attorneys for Plaintiff
                                                                JUDY JOHNSON

**ECF ATTESTATION**

I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: February 23, 2017                    MORRISON & FOERSTER LLP


                                            By:  /s/ Erin M. Bosman
                                                   Erin M. Bosman




IT IS SO ORDERED.

Dated:  **February 23, 2017**                 _____
                                            UNITED STATES MAGISTRATE JUDGE